IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE RIVERA,

    Plaintiff,

v.

U.S. DEPARTMENT OF JUSTICE
FEDERAL BUREAU OF PRISONS,
WARDEN HOLINKA, RAVI GUPTA,
CESAR LOPEZ and
FOOD ADMINISTRATOR HIBBERT,

    Defendants.

JUDGMENT IN A CIVIL CASE

13-cv-56-wmc

This action came for consideration before the court with District Judge William M. Conley presiding.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants:

(1) denying plaintiff Jessie Rivera leave to proceed and dismissing his claims against the U.S. Department of Justice Federal Bureau of Prisons, Warden Holinka and Food Administrator Hibbert; and

(2) granting summary judgment in favor of Ravi Gupta and Cesar Lopez and dismissing this case.

/s/                                                                 10/7/2015

Peter Oppeneer, Clerk of Court                      Date