DOC NO
RECD / FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF WISCONSIN   NOV -2 PM II: 21

PETER OPPENEER
CLERK US DIST COURT
WD OF WI.

| | | |
|---|---|---|
| JESSIE RIVERA, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| Vs. | § | Civil Action No. 13-cv-0056-WMC |
| | § | |
| RAVI GUPTA and | § | |
| CESAR LOPEZ, | § | |
| | § | |
| Defendants. | § | |
| | § | |

---

## NOTICE OF APPEAL

---

TO THE HONORABLE DISTRICT JUDGE WILLIAM M. CONLEY:

**COMES NOW,** JESSIE RIVERA (hereinafter "Plaintiff") appearing in a Pro'Se capacity giving Notice of Appeal from the Court's Opinion and Order it issued on October 7, 2015 granting the Defendant's Motion for Summary Judgment (See; Doc. 25) and the denial for reconsideration for appointment of counsel (see; Doc. 47).

Respectfully timely submitted on this the 28th day of October, 2015 by and for

JESSIE RIVERA,

Signature: _____

Jessie Rivera, Pro'Se
Reg. No. 16303-075
F.C.I. Big Spring
1900 Simler Avenue
Big Spring, TX  79720

-1-