IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSIE RIVERA,

    Plaintiff,                                        ORDER

v.

                                                 13-cv-56-wmc

DR. R. GUPTA, et al.                  App. No. 15-cv-3462

    Defendants.

Plaintiff Jessie Rivera has filed a notice of appeal from the court's October 7, 2015 order. To date, however, plaintiff has not paid the appellate docketing fee. In the event that plaintiff wishes to proceed without prepayment of the appeal fee, he must provide a certified trust fund account statement (or institutional equivalent) as required by the federal *in forma pauperis* statute, 28 U.S.C. § 1915(a)(2).

ORDER

IT IS ORDERED that plaintiff Jessie Rivera may have until December 2, 2015 to either (1) pay the $505 appellate docketing fee; or (2) submit a certified trust fund account statement for the six-month period preceding the filing of the appeal in compliance with 28 U.S.C. § 1915(a)(2). Failure to comply as directed may result in the dismissal of this appeal.

Entered this 12th day of November, 2015.

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge